Dismissed and Memorandum Opinion filed September 23, 2004









Dismissed and Memorandum Opinion filed September 23,
2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

      NO. 14-04-00872-CR



 

____________

 

STEVEN RAY PEACE,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
338th District Court

Harris County, Texas

Trial Court Cause No.
967,801

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from the denial of appellant=s motion for new trial.  








In case number, 14-04-00233-CR, appellant has appealed his
conviction for the offense of murder.  In
this appeal, appellant attempts to bring a separate appeal from the denial of
his motion for new trial.  Appellant may
challenge the denial of the motion for new trial in the appeal from appellant=s conviction.  Accordingly, appellate timetables for
perfection run from the date of sentencing or the signing of an appealable
order, not from the overruling of a motion for new trial.  Tex.
R. App. P. 26.2.  An appeal from
the denial of a motion for new trial, separate and apart from an appeal from
the conviction, is therefore improper. 

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 23, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.

Do Not Publish C Tex. R. App. P. 47.2(b).